**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALLEN BOYD, et al,  )<br>                                                    )<br>                      Plaintiffs,   )<br>                                                    )<br> vs.                                            )<br>                                                    )<br> SOCIAL SECURITY ADMINISTRATION,  )<br>                                                    )<br>                      Defendant.   )<br>_____ ) | Case No. 2:13-cv-00330-GMN-NJK<br><br>**ORDER**<br><br>(Docket No. 2) |

On March 5, 2013, this Court denied without prejudice Plaintiffs' Application to Proceed *In Forma Pauperis.* Docket No. 3. The Court will only consider the motion for writ of execution (Docket No. 2) at such time as Plaintiffs have paid the filing fee or the Court has granted an application to proceed *in forma paueris*. Accordingly, the motion for writ of execution (Docket No. 2) is DENIED without prejudice.

IT IS SO ORDERED.

Dated:   March 8, 2013

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE