UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALLEN BOYD and NIKCI BOYD,<br><br>        Plaintiffs,<br><br>vs.<br><br>SOCIAL SECURITY ADMINISTRATION,<br><br>        Defendant. | Case No.: 2:13-cv-00330-GMN-NJK<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE NANCY J. KOPPE**<br>**(ECF Doc. #5)** |

Pending before the Court is Plaintiffs' Motion/Application For Leave to Proceed *in forma pauperis* (ECF No. 1), as well as Plaintiffs' failure to comply with the Court's Order filed on March 5, 2013. (ECF No. 3). Also before the Court is the Report and Recommendation (ECF No. 5) of the Honorable Nancy J. Koppe, United States Magistrate Judge, entered April 5, 2013.

Pursuant to Local Rule IB 3-2(a), objections were due by April 22, 2013. No objections have been filed. In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and has determined that Magistrate Judge Koppe's Recommendation should be **ACCEPTED**.

**IT IS THEREFORE ORDERED** that Plaintiffs' Motion/Application For Leave to Proceed *in forma pauperis* (ECF No. 1), is hereby **DENIED** and this action is hereby **DISMISSED without prejudice** for the reasons set forth in the Report and Recommendation (ECF No. 5) of the Honorable Nancy J. Koppe, United States Magistrate Judge, entered April 5, 2013.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly.

**DATED** this 9th day of May, 2013.

_____
Gloria M. Navarro
United States District Judge